Andreas NIELSEN v. W. A. CARMICHAEL, as District Director of Cincinnati District Immigration and Naturalization Service.
No. 8113.

Circuit Court of Appeals, Sixth Circuit.
Oct. 10, 1938.

John J. Hoover, of Dayton, Ohio, for appellant.

Francis C. Canny, of Dayton, Ohio, for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to the court that a motion to docket and dismiss has been filed, accompanied by certificate of the Clerk of the District Court as provided by Rule 18; and it further appearing that appellant has failed to file the record or docket the case by or before the return day and that no extension of time has been obtained therefor. On consideration whereof, it is ordered that the appeal be and the same is docketed and dismissed, the costs to be charged against the government as constructive earnings.

Mildred NOLAND, Appellant, v. UNITED STATES of America, Appellee.
No. 8702.

Circuit Court of Appeals, Ninth Circuit.
Nov. 29, 1938.

Raine Ewell, of San Francisco, Cal., for appellant.

Frank J. Hennessy, U. S. Atty., and S. P. Murman, Asst. U. S. Atty., both of San Francisco, Cal.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.